1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER LUNDBOM, an individual, | Case No.: 2:20-CV-01447-TLN-EFB |
| | Judge:    Hon. Troy L. Nunley |
| Plaintiff, | |
| | **ORDER TO REMAND** |
| vs. | |
| | Filed:       June 8, 2020 |
| FCA US, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | Removed: July 7, 2020 |
| | |
| Defendants. | |

Upon consideration of the parties' Stipulation, it is hereby ordered that this action is **REMANDED** to the Superior Court of California, County of San Joaquin.

**IT IS SO ORDERED.**

Dated: September 29, 2020

Troy L. Nunley
United States District Judge